McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant United States Attorney
Federal Building, Room 3654
1130 "O" Street
Fresno, California 93721
Telephone: (559) 498-7272
Facsimile: (559) 498-7432

Attorneys for Defendant United States of America

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WALTER NICHOLAS, CAROLINA NICHOLAS, | ) ) ) | 1:05-cv-00935-REC-DLB |
| Plaintiffs, | ) ) | **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT; ORDER THEREON** |
| v. | ) ) | |
| UNITED STATES OF AMERICA, DOES 1 to 100, | ) ) ) | |
| Defendants. | ) ) | |

Plaintiffs WALTER NICHOLAS and CAROLINA NICHOLAS and Defendant UNITED STATES OF AMERICA, by and through undersigned counsel, hereby stipulate to dismissal of the action with prejudice, pursuant to a Settlement Agreement entered into by the parties, effective January 19, 2006. Each party shall bear their/its own costs. The parties request that the Court retain jurisdiction to enforce the Settlement Agreement.

Respectfully submitted,

Dated: January 18, 2006.          CHAIN, YOUNGER, COHN & STILES

By: /s/ Paul Andrew Welchans
    PAUL ANDREW WELCHANS
    Attorneys for Plaintiffs
    Walter Nicholas and
    Carolina Nicholas

Dated:   January 19, 2006.                McGREGOR W. SCOTT
                                          United States Attorney


                                   By:    /s/ Kimberly A. Gaab
                                          KIMBERLY A. GAAB
                                          Assistant U.S. Attorney
                                          Attorneys for Defendant
                                          United States of America




IT IS SO ORDERED.


Dated:     January 20, 2006            /s/ ROBERT E. COYLE
                                       _____
                                         ROBERT E. COYLE
                                    UNITED STATES DISTRICT JUDGE

2